# MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

RICHARDSON (appellant) v. OIL Co. From Beaufort. *Rodman* for plaintiff; *Small & McLean* for defendant. Affirmed.

ROGERS (appellant) v. DISPENSARY. From Hertford. *Cowper* and *Winborne* for plaintiff; *Shepherd* for defendant. Affirmed. (HOKE, J., did not sit.)

BRICKELL (appellant) v. MANUFACTURING Co. (Two cases from Halifax). *Daniel & Green* and *Shepherd* for appellee. Dismissed under Rule 17.

LASSITER v. RAILROAD (petitioner). From Northampton. *Mason, Daniel* and *Peebles & Harris* for plaintiff; *Elliott, Day & Bell* and *Allen* for defendant. Petition to rehear dismissed.

SUTTON v. EDWARDS (appellant). From Greene. *Morrill* for plaintiff; *Lindsay* for defendant. Affirmed.

WOOLARD (appellant) v. McGOWAN. From Pitt. *Sugg* for plaintiff; *Skinner* for defendant. Affirmed.

TRIPP (petitioner) v. NOBLES. From Pitt. *Jarvis* for plaintiff; *Skinner* for defendant. Petition to rehear dismissed. (WALKER, J., dissenting).

STATE v. HOCKADAY (appellant). From Vance. *Attorney-General* for State. Dismissed for failure to obtain proper order to appeal in *forma pauperis*.

STATE v. RAILROAD (appellant). From Franklin. *Attorney-General* for State; *Day & Bell* for defendant. Affirmed.

EDWARDS v. PIPER (appellant). From Wilson. *F. A. Woodard* for plaintiff; *Connor & Connor* for defendant.